IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IRA K. SCOTT, | * |
| Plaintiff, | * |
| v. | Case No.: 5:20-cv-00289-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed May 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4,989.21.

This 26th day of May, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk