IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IRA K SCOTT, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-00289-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed January 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 21,433.93. Plaintiff's attorney is directed to repay or credit Plaintiff with the Court's prior award of $4,989.21 in attorney's fees as required by the EAJA.

This 3rd day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk